FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

August 23, 2022

No. 04-22-00400-CV

**B&V LANDSCAPING**,
Appellant

v.

Roscoe Robert **HARVEY**, Nancy Joyce Harvey and Harvey R&N Trust,
Appellees

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CVCD-21-0000066
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

On June 29, 2022, Appellant filed a Notice of Appeal with no court reporter copied on the notice. On July 27, 2022, the clerk's record was filed. It indicated that there was a hearing with a court reporter on the day the trial court signed the final judgment. The record also shows that the district clerk notified the court reporter of Appellant's notice of appeal. On July 29, 2022, Appellant filed a docketing statement indicating that there was no reporter's record and that no reporter's record was requested.

Under Texas Rule of Appellate Procedure 37.3(c), this court "may--after first giving the appellant notice and a reasonable opportunity to cure--consider and decide those issues or points that do not require a reporter's record for a decision." TEX. R. APP. P. 37.3(c); *Bohyun Kim v. Myoung Ki Kim*, No. 13-18-00269-CV, 2020 WL 1060577, at \*4 (Tex. App.—Corpus Christi Mar. 5, 2020, no pet.) (mem. op., not designated for publication); *Albert Lee Giddens, APLC v. Cuevas*, No. 14-16-00772-CV, 2017 WL 4159263, at \*2 (Tex. App.—Houston [14th Dist.] Sept. 19, 2017, no pet.) (mem. op., not designated for publication).

Accordingly, Appellant may decide to request and pay for a reporter's record in this case if it notifies this court within **ten days** that Appellant intends to do so. Otherwise, this court will only "consider and decide those issues or points [raised in Appellant's brief] that do not require a reporter's record for a decision." *See* TEX. R. APP. P. 37.3(c).

FILE COPY

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of August, 2022.

MICHAEL A. CRUZ, Clerk of Court